Mr. Jerry Henderson                                    Page 1
Register Number # 23579-057        Docket Number : 08-4975CR
Federal Medical Center             Civil Number  : 3:11 CV 1313 (SRU)
P.O. Box 1600
Butner, North Carolina 27509

June 13, 2012

Honorable Stephan R. Underhill
915 Lafayette Boulevard
Bridgeport, Connecticut 06604



Dear Judge Underhill:

    I pray by the time this letter reaches you that it finds you, your family, and your staff in the best of health. I would like to bring you up to speed with my case and what's going on with me.

    In 2010, I found out that my lawyer Mr. Eroll V. Skyers was barred from representing clients in the Court in his capacity as a Criminal Justice Act panelist for a two (2) year period, commencing with filing date of Court's order. When I found out about it, I immediately filed a pro-se motion in the District Court of Connecticut following the ruling of my direct appeal which was denied. Mr. Skyers was barred and the Judges of the Second Circuit used my case as the reason for Mr. Skyers being barred for at least two (2) years.

    I submitted my pro-se motion for ineffective assistance and it was filed by the U.S. District Court of Connecticut on 8-16-11. I was sentenced on 9-3-08.

    Before you sentenced me, you stated on several occasions that you did not want to sentence me to twenty (20) years, but that you were bound by the mandatory minimum in this case, which was twenty (20) years. You also stated that in your view, it's a longer sentence than is necessary in my case, and you decided to downward depart in my case, as far as you could go. I felt that the entire proceedings throughout my case were tainted when my attorney used lies and deception to convince me not to plead guilty at the earliest stages of my indictment.

Since I arrived in Federal Prison in 2009, I have continued my education and remained disciplinary conduct free. I utilize my time wisely so that I can make a positive impact in my kids lives, once I am released. I have three (3) little girls. I had custody of one (1) of them at the time of my arrest. They are ages five (5), Seven (7), and ten (10) years old. I have not seen my oldest baby since I have been incarcerated. I get to see my five (5) and seven (7) year old on a regular basis. When I came to prison, they all got separated. One (1) lives in Rhode Island, one (1) lives in New York, and one (1) lives in North Carolina.

Once I am released I will take the necessary steps to have all of them in the same house. It is very important to me that they all grow up together knowing one another. I really miss my kids and family. I know that I am truly blessed to have so much support from loved ones. I pray that you and the courts have mercy on me and give me a chance to prove that I am evolved as a man. This is not the life I want for me, my kids, or my family. I understand because of my actions that a lot of people were affected. I am so convinced that I will do the right thing once I am released that I willing to sign any stipulation(s) that pertain to my release.

I thank you for your time and patience.

* I am enclosing a copy of my educational and discipline transcripts so that you and the courts can see what I have been doing with my time.

* I am also enclosing a letter that Mr. Skyers confirms his words of convincing me to plead guilty after an 851 information was filed by the United States Attorney's Office that allowed my time to be doubled.

Respectfully Yours,

Jerry Henderson #23579-057    6-13-2012

# The Barrister Law Group
A LIMITED LIABILITY COMPANY

Kyle A. Harrell*
Sharon A. Jenkins
Eroll V. Skyers

*Also licensed in North Carolina

211 State Street
Bridgeport, Connecticut 06604

Telephone: (203) 334-4800
Fax: (203) 333-7178

www.barristerlawgroup.com

November 2009

Mr. Jerry Henderson

Dear Mr. Henderson:

This letter is written to confirm that I represented you in the criminal drug case that was encaptioned United States v. Jerry Henderson 08-cr-4975. In that matter you were sentenced to a term of 240 months imprisonment. I believe that you and I can agree that after the prosecuting attorney filed the section 851 information I then advised you to enter a guilty plea according to the terms of a written plea agreement.

Sincerely,

Eroll V. Skyers
EVS

```
   BUH73           *       INMATE EDUCATION DATA         *      06-14-2012
PAGE 001 OF 001 *              TRANSCRIPT                *         14:35:50

REGISTER NO: 23579-057    NAME..: HENDERSON              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BUH-BUTNER FMC

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
BUH  ESL HAS    ENGLISH PROFICIENT         08-03-2009 1002 CURRENT
BUH  GED HAS    COMPLETED GED OR HS DIPLOMA 02-10-2010 0916 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
BUH CAD M   INTRO TO RECREATION FACILITIES 04-14-2012 04-14-2012  P   C  P    2
BEN         CROCHET CLASS                  12-03-2011 01-21-2012  P   C  P   20
BEN         QUARTERLY MEN'S HEALTH SEMINAR 10-21-2011 10-21-2011  P   C  P    2
BEN         STABILITY BALL COURSE          03-28-2011 05-20-2011  P   C  P   24
BEN         RPP6 DRUG ABUSE TREATMENT      07-01-2010 07-01-2010  P   C  P   30
BEN         RPP 6 DRUG EDUCATION           02-01-2010 03-02-2010  P   C  P   12
BEN         BASIC CASE LAW MON 12:00       09-21-2009 11-09-2009  P   C  P   16
BEN         INTERMEDIATE CASE LAW WED 1:00 08-10-2009 09-21-2009  P   C  P   16
BEN         BASIC CASE LAW MON 12:00       08-10-2009 09-21-2009  P   C  P   16




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```



UNITED STATES GOVERNMENT
MEMORANDUM
FCI Bennettsville
Bennettsville, SC 29512

DATE: March 2, 2010

TO: Drug Education Program Participants

FROM: A. Tietjen, Drug Treatment Specialist

SUBJECT: Drug Education Final Exam

Mr. Jerry Henderson                (Reg. No. 23579-057    ), congratulations on successfully completing the Drug Education Program at FCI Bennettsville. Your final exam score was 100%  . A score of at least 70% was required to complete this course. You have now met the requirement for Drug Treatment in the Federal Bureau of Prisons.

A completion certificate is enclosed with this letter. Please show this certificate to your case manager, so that a copy may be placed in your Central File.

**INMATE SKILLS DEVELOPMENT PLAN**  
Name: **HENDERSON, JERRY**

**PROGRAM REVIEW: 12-30-2011**  
RegNo: **23579-057**

## CHARACTER

| Progress and Goals |
|---|
| **Previous TEAM 07-07-2011**<br><br>Participate in faith based programs of your choice thru release date.<br>Accept responsiblity for criminal behavior, enroll and complete Empowering Yourself by 1-2012.<br><br>**Current TEAM**<br><br>Participate in faith based programs of your choice thru release date.<br>Accept responsiblity for criminal behavior, enroll and complete Empowering Yourself by 6-2012, as previously recommended.<br><br>Inmate actively participates in the Rastafarian religious group community activities. |

## LEISURE

| Status | Response Summary |
|---|---|
|  | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ participation in a faith group<br>⊕ charitable organizations/volunteer work<br>⊕ family time<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ computers/video games<br>⊕ reading<br>⊕ hobbies (includes hunting, fishing, etc.) |

| Progress and Goals |
|---|
| **Previous TEAM 07-07-2011**<br><br>Progress: Currently enrolled in Stability Ball Class.<br>Goal: It's recommended that you submit a request to enroll in the Basic Drawing I course offered by the Recreation Department by July 16, 2011 and complete it by December 1, 2011 to develop a new hobby or skill.<br><br>Participate in recreational activities and/or attend the library at least three times a week until 1-2012, as previoulsy recommended.<br><br>**Current TEAM**<br><br>Progress: Currently enroll in Crochet Class.<br>Goals: It's recommended that you complete your current course and enroll in the Basic Drawing I course offered by January 17, 2012 and complete by June 17, 2012. |

## DAILY LIVING

| Status | Response Summary |
|---|---|
|  | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊖ no knowledge in utilizing an ATM debit card<br>⊖ no knowledge in obtaining loans?<br>⊖ no positive credit history<br>⊕ lived within financial means<br>⊖ does not pay monthly bills on time |

## INMATE SKILLS DEVELOPMENT PLAN
Name: **HENDERSON, JERRY**

**PROGRAM REVIEW: 01-14-2011**
RegNo: **23579-057**

### COGNITIVE

| | |
|---|---|
|  | **CRIMINAL BEHAVIOR**<br>⊖ onset of criminal behavior before the age of 14<br>⊖ criminal versatility: convictions in 3 or more categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

**Progress and Goals**

#### Previous TEAM 07-27-2010

Progress: Inmate maintain clear conduct.
Goals: Continue to maintain clear conduct until 01/2011; Participate in Drug Education by 12/2010 as recommended by the courts;

#### Current TEAM

Continue to maintain clear conduct thru 12-2011.
Enroll and complete Anger Management program by 10-2011.

Completed Drug Abuse Treatment and Drug Education programs as recommended by the Judge.

### CHARACTER

| Status | Response Summary |
|---|---|
|  | **PERSONAL CHARACTER**<br>⊕ behaviors indicative of positive personal character;<br>⊕ evidence of spirituality<br>   talks to a friend or mentor about spiritual/religious issues: Always<br>   active participation in a faith group: Sometimes<br>   connected to outside spiritual/religious community: Sometimes<br>   examines actions to see if they reflect values: Sometimes<br>   finds meaning in times of hardship: Sometimes<br>⊕ charitable contributions<br>⊕ consistent financial support for dependents<br>⊕ care of a sick/disabled relative<br>⊕ assistance to strangers without expectation of reward<br>ⓘ religious assignment: UNKNOWN<br><br>⊕ no evidence easily influenced by other |
|  | **PERSONAL RESPONSIBILITY**<br>ⓘ reports responsibility for current incarceration as:<br>⊖ informants<br><br>⊖ no efforts to make amends for their crime(s) |

**Progress and Goals**

#### Previous TEAM 07-27-2010

Progress: Made schedule payments on FRP
Goals: Completed FRP payments by 09/2010; Start saving at least $20 per month starting 10/2010; Participate in Drug education by 12/2010 (Judical Recommendation)

#### Current TEAM

Participate in faith based programs of your choice thru release date.
Accept responsiblity for criminal behavior, enroll and complete Empowering Yourself by 1-2011.

# INMATE SKILLS DEVELOPMENT PLAN

**PROGRAM REVIEW: 12-30-2011**
RegNo: 23579-057

Name: **HENDERSON, JERRY**

## COGNITIVE

| Status | Response Summary |
|---|---|
| ⓘ | **GENERAL BEHAVIOR**<br>⊖ evidence of behavioral problems as a juvenile<br>ⓘ fighting<br><br>⊖ evidence of behavioral problems as an adult<br>ⓘ other: Current offense |
| ⓘ | **CRIMINAL BEHAVIOR**<br>⊖ onset of criminal behavior before the age of 14<br>⊖ criminal versatility: convictions in 3 or more categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

### Progress and Goals

**Previous TEAM 07-07-2011**

Continue to maintain clear conduct thru 12-2011.
Enroll and complete Anger Management program by 1-2012.

Completed Drug Abuse Treatment and Drug Education programs as recommended by the Judge

**Current TEAM**

Continue to maintain clear conduct thru 12-2012, inorder to establish good rapport with staff and inmates.
Enroll and complete Anger Management program by 5-2012.

## CHARACTER

| Status | Response Summary |
|---|---|
| ✓ | **PERSONAL CHARACTER**<br>⊕ behaviors indicative of positive personal character;<br>⊕ evidence of spirituality<br>   talks to a friend or mentor about spiritual/religious issues: Always<br>   active participation in a faith group: Sometimes<br>   connected to outside spiritual/religious community: Sometimes<br>   examines actions to see if they reflect values: Sometimes<br>   finds meaning in times of hardship: Sometimes<br>⊕ charitable contributions<br>⊕ consistent financial support for dependents<br>⊕ care of a sick/disabled relative<br>⊕ assistance to strangers without expectation of reward<br>ⓘ religious assignment: UNKNOWN<br><br>⊕ no evidence easily influenced by other |
| ⓘ | **PERSONAL RESPONSIBILITY**<br>ⓘ reports responsibility for current incarceration as:<br>⊖ informants<br><br>⊖ no efforts to make amends for their crime(s) |